IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ASHLEY FURNITURE INDUSTRIES, INC., | |
| Plaintiff, | Case No. 2:11-cv-00427-MHW-EPD |
| vs. | Judge Watson |
| AMERICAN SIGNATURE, INC., | Magistrate Judge Preston Deavers |
| Defendant. | |

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT AMERICAN SIGNATURE, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COPYRIGHT CLAIMS**

| **EXHIBIT** | **TAB** |
|---|---|
| Declaration of Theodore R. Remaklus | A |
| Declaration of Steve Haffer | B |
| Declaration of Scott Binger | C |
| Declaration of Steve Rabe | D |
| Declaration of David Sadlowski | E |
| Declaration of Larry Wright | F |
| Declaration of Dr. Itamar Simonson | G |
| Declaration of Dr. Henry D. Ostberg | H |
| Declaration of Kris Banvard | I |
| Deposition transcript of Betty Wyss (filed under seal with the Clerk of Courts) | J |

        Respectfully submitted,

        /s/ Marion H. Little, Jr.
        Marion H. Little, Jr. (0042679)
        Trial Attorney
        ZEIGER, TIGGES & LITTLE LLP
        41 S. High Street, Suite 3500
        Columbus, OH 43215
        Tel.: (614) 365-9900
        Fax: (614) 365-7900
        little@litohio.com
        Counsel for Defendants
        American Signature, Inc. and
        Value City Furniture, Inc.

OF COUNSEL:

John W. Zeiger (0010707)
Kris Banvard (0076216)
ZEIGER, TIGGES & LITTLE LLP
41 S. High Street, Suite 3500
Columbus, OH 43215
Tel.: (614) 365-9900
Fax: (614) 365-7900
zeiger@litohio.com

Theodore R. Remaklus (0061557)
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Tel.: (513) 241-2324
Fax: (513) 421-7269
tremaklus@whepatent.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on June 8, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

        /s/ Marion H. Little, Jr.
        Marion H. Little, Jr. (0042679)

885-005:370723