

**EXHIBIT 1**



ASI 000211



ASI 000212







ASI 000215



ASI 000216



ASI 000217





ASI 000219



ASI 000220



ASI 000221



ASI 000222



ASI 000223



ASI 000224



ASI 000225



ASI 000226



ASI 000227



ASI 000228



ASII 000229



ASI 000230



ASI 000231





ASI 001268



ASI 001269



ASI 001270



ASI 001271



ASI 001272



ASI 001273



ASI 001274



ASI 001275



ASI 001276



ASI 001277



ASI 001278



ASI 001279



ASI 001280



ASI 001281



ASI 001282



ASI 001283



ASI 001284



ASI 001285



ASI 001286



ASI 001287



ASI 001288



ASI 001289



ASI 001290



ASI 001291



ASI 001292

8.5x11Handout_Chicago.pdf



8.5x11Handout_Cincinnati.pdf



ASI 002460





8.5x11Handout_Dayton.pdf

8.5x11Handout_Evansville.pdf

ASI 002462

8.5x11Handout_Fort Myers.pdf



8.5x11Handout_FortWayne.pdf



ASI 002463

8.5x11Handout_Hagerstown.pdf

8.5x11Handout_Harrisburg.pdf

ASI 002464





8.5x11Handout_Indy.pdf

8.5x11Handout_Jacksonville.pdf

ASI 002465

8.5x11Handout_Johnstown.pdf

8.5x11Handout_Lexington.pdf

ASI 002466







8.5x11Handout_Milwaukee.pdf



8.5x11Handout_Nashville.pdf

ASI 002468





8.5x11Handout_Philadelphia.pdf



8.5x11Handout_Richmond.pdf

ASI 0024470



8.5x11Handout_Rochester.pdf



8.5x11Handout_St.Louis.pdf



ASI 002471

8.5x11Handout_Tampa.pdf



8.5x11Handout_Toledo.pdf

ASI 002472









8.5x11Insert_Baltimore.pdf

8.5x11Insert_Charleston.pdf

ASI 002474









8.5x11Insert_Columbia.pdf

8.5x11Insert_Columbus.pdf

ASI 002476









8.5x11Insert_Fort Myers.pdf

8.5x11Insert_Hagerstown.pdf

ASI 002478

8.5x11Insert_Harrisburg.pdf



8.5x11Insert_Indy.pdf



ASI 002479









8.5x11Insert_Lexington.pdf

8.5x11Insert_Louisville.pdf

ASI 002481





8.5x11Insert_Miami.pdf

8.5x11Insert_Milwaukee.pdf

ASI 002482





8.5x11Insert_Nashville.pdf

8.5x11Insert_Norfolk.pdf

ASI 002483





ASI 002484









8.5x11Insert_St Louis.pdf

8.5x11Insert_Tampa.pdf

ASI 002486





8.5x11Insert_Youngstown.pdf



Rnd2_8.5x11Insert_Atlanta.pdf

ASI 002488



Rnd2_8.5x11Insert_Columbus.pdf



ASI 002489



**EXHIBIT 2**



ASI 000154

**Screenshots (7):**



**EXHIBIT 3**

















8.5x11Handout_Hagerstown.pdf

8.5x11Handout_Harrisburg.pdf

ASI 002464

**EXHIBIT 4**



**EXHIBIT 5**



**Competitive Comparison** powered by chrome

SUMMARY | PRICING | FEATURES | SAFETY | TECH SPECS

PRINT | START OVER

- BUILD YOUR NISSAN
- LOCATE DEALER
- REQUEST A QUOTE

Nissan Advantages

CHANGE

CHANGE | REMOVE

### Pricing

| | Nissan Advantages | 2012 Nissan 370Z 2dr Cpe Manual | 2012 Mazda MX-5 Miata 2dr Conv Man Sport |
|---|---|---|---|
| Destination | | $760.00 | $795.00 |

### Drivetrain

| | Nissan Advantages | 2012 Nissan 370Z 2dr Cpe Manual | 2012 Mazda MX-5 Miata 2dr Conv Man Sport |
|---|---|---|---|
| V6 Cylinder Engine | | Standard | Not Available |
| Standard Horsepower | | 332 @ 7000 | 167 @ 7000 |
| Standard Torque | | 270 @ 5200 | 140 @ 5000 |
| Locking/Limited Slip Differential | | Available | Not Available |
| 6-Speed M/T | | Standard | Not Available |

### Fuel Economy

| | Nissan Advantages | 2012 Nissan 370Z 2dr Cpe Manual | 2012 Mazda MX-5 Miata 2dr Conv Man Sport |
|---|---|---|---|
| Cruising Range - City | | 342.00 mi | 279.40 mi |
| Cruising Range - Highway | | 494.00 mi | 355.60 mi |
| Fuel Tank Capacity | | 19 gal | 12.7 gal |

### Tires and Wheels

| | Nissan Advantages | 2012 Nissan 370Z 2dr Cpe Manual | 2012 Mazda MX-5 Miata 2dr Conv Man Sport |
|---|---|---|---|
| Standard Wheel Size | | 18 x 8.0 in Front; 18 x 9.0 in Rear | 16 x 6.5 in Front; 16 x 6.5 in Rear |

### Comfort and Convenience

| | Nissan Advantages | 2012 Nissan 370Z 2dr Cpe Manual | 2012 Mazda MX-5 Miata 2dr Conv Man Sport |
|---|---|---|---|
| Climate Control | | Standard | Not Available |
| Steering Wheel Audio Controls | | Standard | Available |
| Power Door Locks | | Standard | Available |
| Keyless Start | | Standard | Not Available |
| Keyless Entry | | Standard | Available |
| Cruise Control | | Standard | Available |
| Universal Garage Door Opener | | Available | Not Available |
| Automatic Headlights | | Standard | Not Available |
| Trip Computer | | Standard | Available |
| Driver Illuminated Visor Mirror | | Standard | Not Available |
| Passenger Illuminated Visor Mirror | | Standard | Not Available |

### Security

| | Nissan Advantages | 2012 Nissan 370Z 2dr Cpe Manual | 2012 Mazda MX-5 Miata 2dr Conv Man Sport |
|---|---|---|---|
| Security System | | Standard | Available |

### Safety

| | Nissan Advantages | 2012 Nissan 370Z 2dr Cpe Manual | 2012 Mazda MX-5 Miata 2dr Conv Man Sport |
|---|---|---|---|
| Front Head Air Bag | | Standard | Not Available |
| Rear Head Air Bag | | Standard | Not Available |
| Brake Assist | | Standard | Not Available |

**EXHIBIT 6**

| | | | |
|---|---|---|---|
| HID headlights | | Standard | Not Available |
| Back-Up Camera | | Available | Not Available |
| Variable Speed Intermittent Wipers | | Standard | Not Available |
| Tow Hooks | | Standard | Not Available |

**Exterior Dimensions**

| | | 2012 Nissan 370Z 2dr Cpe Manual | 2012 Mazda MX-5 Miata 2dr Conv Man Sport |
|---|---|---|---|
| Ground Clearance | | 4.84 in | 4.6 in |

**Interior Dimensions**

| | | 2012 Nissan 370Z 2dr Cpe Manual | 2012 Mazda MX-5 Miata 2dr Conv Man Sport |
|---|---|---|---|
| Passenger Volume | | 51.6 ft$^3$ | N/A |
| Front Head Room | | 38.2 in | 37.4 in |
| Front Shoulder Room | | 54.4 in | 53.2 in |
| Front Hip Room | | 54.6 in | 50.6 in |
| Trunk Volume | | 6.9 ft$^3$ | 5.3 ft$^3$ |

**Brakes**

| | | 2012 Nissan 370Z 2dr Cpe Manual | 2012 Mazda MX-5 Miata 2dr Conv Man Sport |
|---|---|---|---|
| Front Brake Rotor Diam x Thickness | | 12.6 x 1.1 in | 11.4 x -TBD- in |
| Rear Brake Rotor Diam x Thickness | | 12.6 x 0.6 in | 11.0 x -TBD- in |

Back to Top

All prices and specifications are subject to change without notice. Prices do not include sales taxes, vehicle registration fees, finance charges, documentation charges, or other fees required by law. Photos may not represent exact vehicle or selected equipment. Copyright © 1998-2009 Chrome Systems, Inc. All rights reserved. **Privacy Statement.**

Locate a Vehicle    Find a Dealer    Request a Quote    Español

CARS    CROSSOVERS / SUVS    TRUCKS / VANS    PRICING & OFFERS    CHEVY CULTURE    OWNERS

VIEW ALL VEHICLES    HELP ME CHOOSE    CERTIFIED PRE-OWNED    COMMERCIAL USE    COMPARE VEHICLES

Competitive comparisons provided by Chrome
Systems, Inc., an independent online automotive
buyer's guide. GM and its advertising agencies are not
responsible for this content.



| | 2012 Chevrolet Impala SEDAN LTZ 1LTZ | 2012 Ford Taurus 4dr Sdn Limited FWD | 2012 Nissan Maxima 4dr Sdn V6 CVT 3.5 SV w/Premium Pkg | 2011 Toyota Avalon 4dr Sdn (Natl) |
|---|---|---|---|---|
| MSRP | $30,185 | $32,155 | $34,550 | $33,195 |
| Competitively Equipped: | $31,010 | $32,950 | $35,310 | $33,955 |
| | Change Vehicle | Change Vehicle / Remove | Change Vehicle / Remove | Change Vehicle / Remove |

**Powertrain**

| | | | | |
|---|---|---|---|---|
| Standard Engine | Gas V6 | Gas V6 | Gas V6 | Gas V6 |
| Displacement | 3.6L/217 | 3.5L/213 | 3.5L/-TBD- | 3.5L/211 |
| Drivetrain | Front Wheel Drive | Front Wheel Drive | Front Wheel Drive | Front Wheel Drive |
| Horsepower @ RPM | 300 @ 6500 | 263 @ 6250 | 290 @ 6400 | 268 @ 6200 |
| Torque @ RPM | 262 @ 5300 | 249 @ 4500 | 261 @ 4400 | 248 @ 4700 |
| Fuel Injection | Direct Injection | Electronic Fuel Injection | Electronic Fuel Injection | EFI |
| 4-Wheel ABS | Standard | Standard | Standard | Standard |
| 4- wheel Disc Brakes | Standard | Standard | Standard | Standard |

Build Your Own
Locate this Vehicle
Request a Quote

Competitive comparisons provided by Chrome Systems, Inc., an independent online automotive buyer's guide. GM and its advertising agencies are not responsible for this content. All prices and specifications are subject to change without notice. Prices do not include taxes, title, license and dealer fees. Photos may not represent exact vehicle or selected equipment. Copyright © 1998-2010 Chrome Systems, Inc. All rights reserved.

Help Center | Contact Us | Get Email Updates | Download a Brochure | Sitemap | GM Sites | Chevrolet Worldwide
©2011 General Motors | Copyright & Trademark Info | Privacy Statement | Important Information | User Guidelines | AdChoices | RSS
Cars | Trucks | SUVs/Crossovers | Vans

1 The Manufacturer's Suggested Retail Price excludes destination freight charge, tax, title, license, dealer fees and optional equipment. Click here to see all Chevrolet vehicles' destination freight charges.
2 The Manufacturer's Suggested Retail Price excludes destination charge, tax, title, license and dealer fees and optional equipment.
3 Whichever comes first. See dealer for details.

**EXHIBIT 7**

Locate a Vehicle      Find a Dealer      Request a Quote      Español

CARS      CROSSOVERS / SUVS      TRUCKS / VANS      PRICING & OFFERS      CHEVY CULTURE      OWNERS

THE 2012 Impala
>CHANGE YEAR
2011**2012**2012

**2012 Impala Sedan**

OVERVIEW   PHOTOS & VIDEOS   FEATURES & SPECS   COMPETITIVE COMPARISON   BUILD YOUR OWN




**2012 Ford Taurus**
Impala LT with 30 MPG highway(2) offers better standard highway fuel economy than Ford Taurus(3).


**2012 Nissan Maxima**
Impala is backed by the Chevy 100,000 mile/5-year(4) transferable Powertrain Limited Warranty - that's 40,000 more miles than Nissan offers.


**2011 Toyota Avalon**
Impala LT with 30 MPG highway(2) offers better standard highway fuel economy than Toyota Avalon(5).

Compare Impala Trim Levels

Compare All Chevrolet Vehicles


Powered by

Competitive comparisons provided by Chrome Systems, Inc., an independent online automotive buyer's guide. GM and its advertising agencies are not responsible for this content. All prices and specifications are subject to change without notice. Prices do not include taxes, title, license and dealer fees. Photos may not represent exact vehicle or selected equipment. Copyright © 1998-2010 Chrome Systems, Inc. All rights reserved.

Help Center   |   Contact Us   |   Get Email Updates   |   Download a Brochure   |   Sitemap   |   GM Sites   |   Chevrolet Worldwide

©2011 General Motors      |   Copyright & Trademark Info   |   Privacy Statement   |   Important Information   |   User Guidelines   |   AdChoices   |   RSS

Cars   |   Trucks   |   SUVs/Crossovers   |   Vans                                                                                                          .

1   The Manufacturer's Suggested Retail Price excludes destination freight charge, tax, title, license, dealer fees and optional equipment. Click here to see all Chevrolet vehicles' destination freight charges.

2   Based on EPA estimates.

3   Taurus EPA estimated 28 MPG highway.

4   Whichever comes first. See dealer for complete details.

5   Avalon EPA estimated 29 MPG highway.

**EXHIBIT 8**



*Tempurpedicmattress.org*

*Learn. Shop. Sleep.*

**BROWSE PRODUCTS**

**TEMPUR-cloud Collection**
- TEMPUR-Cloud
- TEMPUR-Cloud Supreme
- TEMPUR-Cloud Luxe
- TEMPUR-Cloud

**TEMPUR-HD collection**
- RhapsodyBed
- AlluraBed
- GrandBed
- TEMPUR-Cloud

**Contour Collection**
- OriginalBed
- BellaFina
- TEMPUR-Contour
- TEMPUR-Contour Select
- TEMPUR-Contour Signature

**Compare All Mattresses**

**Sizes**
- King Size
- Queen Size
- Twin Size
- All Sizes

**More Products**
- Tempur Ergo System
- Tempurpedic Beds

HOME | PRICING | TEMPUR-PEDIC MATTRESSES | 0% FINANCING | ABOUT US | CONTACT US

FREE SHIPPING & In-Home Setup

YEAR END SAVINGS EVENT: CLICK HERE TO SEE OUR DAILY SPECIALS

Talk with a sleep expert.
☎ 1-800-555-6010

sleep number by SELECT COMFORT

vs

TEMPUR-PEDIC

## Sleep Number vs Tempurpedic Beds

It is hard to compare apples and oranges. There is also a point at which apples become oranges however depending on the criterion that you choose. Comparing a Sleep Number Bed verses Tempurpedic Bed is like a little of both.

First for the similarities. The sleep number bed verses tempur pedic bed issue is undoubtedly the same with respect to pricing, as these beds are both in the higher end and or pricing. One significant difference however, is that the Tempur pedic pricing is available on their website for all of their models, sizes, and all of their accessories. The Sleep Number beds however, do not have their prices listed on their website and you need to call a 1-800 number or one of their select retail locations.

Another similarly when you talking Tempurpedic versus sleep number beds is that both claim to offer individual comfort and body support and to be helpful for people with back problems because their systems lead to correct alignment of the spine. At this point however, the two products do become apples and oranges. The Tempur-pedic bed system is made of many layers of space age memory foam that adjusts to the weight and shape of your body based on the response of the foam to environmental conditions and your body weight and shape. The Sleep number bed on the other hand, other than one of their models that do have a certain amount of memory foam in it, is based on individual adjustable air pockets. Rather than responding to your body on its own, you make the bed respond to your body by using your remote control. This is a major difference.

When you want to know what is a better bed sleep number bed or tempur pedic, you will also find that the Tempur-pedic website is much more transparent. They readily provide full details and pictures about their bed systems and the layers that make them up. This is not the case with the Sleep Number bed. You are only told that the system involves air pockets and that these are adjustable by individual remote control. Now somewhere along the line, there must be a pump of sorts that inflates these individual air pockets. This is alluded too, but nowhere on the site are you shown what it looks like, or how exactly these beds work, and what exactly they are comprised of.

**EXHIBIT 9**







- Tempurpedic Beds
- Tempurpedic Adjustable Beds
- Tempurpedic Pillows
- Tempurpedic Toppers
- Tempurpedic Sheets
- Mattress Covers
- Tempurpedic Pads
- King Size
- Queen Size
- Twin Size
- All Sizes
- Tempurpedic Seat Cushion
- Tempurpedic Comfort Pillow
- Tempurpedic Sleep Mask
- Tempurpedic Slippers
- Tempur Pedic Memory Foam Mattress
- Tempur Teddy Bear
- Tempur Travel Pillow
- Tempur Pedic Baby Mattress
- Tempur Pedic Remote Control
- Tempur Pedic Mattress Protector
- Tempurpedic Neck Pillow

- Tempurpedic Complaints
- Tempurpedic Price Lists
- Sleep Number beds vs. Tempurpedic beds
- Cleaning Tempurpedic Mattresses
- Tempurpedic and Back Pain
- Tempurpedic Mattress Protectors
- Best Tempurpedic Mattress
- Buy Tempurpedic
- Cheapest Tempurpedic Mattresses
- Compare Tempurpedic Beds
- Discount Tempur Pedic Mattresses
- Hotels with Tempurpedic Mattresses
- Opinions on Tempurpedic Mattress / Comments
- Tempur
- Tempurpedic Dealers
- Tempurpedic Ergo Sleep Systems
- Tempurpedic Lawsuits
- Tempurpedic Mattress for Sale
- Tempurpedic Replacements
- Tempurpedic Warranty Form
- Used Tempurpedic Mattresses

© 2011 TempurpedicMattress.org. All Rights Reserved. Tempurpedic Mattress | Privacy Policy | Terms of Use | Sitemap

Compare Our Products – Video Meeting And Conferencing | Video By Email | Video Co...    Page 1 of 4

# Video By Email | Video Conferencing | Free Traffic Tips

Top Notch Video Marketing Tools - Solution For Any Business!

- Video By Email | Video Conferencing
- About Me
- Blog
- Compare Our Products – Video Meeting And Conferencing
- Free Traffic Report – 30 Ways To Get Free Traffic To Your Website In 30 Minutes
- My Partner In Profit Business Solution
- Start Your Very Own Business With Ease
- Video By Email | Video Conferencing | Business Opportunity
- Video Experts Academy Review
- VideoByEmail | Fan Page



Search

**Enter Your Email Address B
Your Free Brandable Traffic
(value $97)**

To get your FREE Brandable Traf
fill in the subscription form below +
and primary email address then cli
"Subscribe" button.

First Name:

Email Address:

Subscribe

**Powered By: FreeFollowup.com**

Send Videos By Email free

| Video By Email |
Like  254

Categories

- Blogging/Wordpress
- Body Building
- Business Opportunity
- Health
- How To
- IWowWe Affiliate Upda
- Marketing Tips
- Safelist Tips
- seo
- Technology
- Uncategorized
- Video By Email
- Video Conferencing
- Video Email
- Video Marketing Tips
- Wordpress Tips

Recent Posts

- How Do I Find My Page Google?
- How To Get Backlinks T Websie Youtube
- Backlink – What is a bac
- SEO Tips – On Page Sec

0

## Compare Our Products – Video Meeting And Conferencing

0

http://videobyemail.info/compare-products-video-meeting-conferencing          12/30/2011

**EXHIBIT 10**



- Learning Spanish Does N
  Hard – How to Learn Sp

Recent Comments

Archives

- December 2011
- November 2011
- October 2011
- September 2011
- August 2011
- July 2011
- June 2011
- May 2011

video by email

- Log in
- Entries RSS
- Comments RSS
- WordPress.org

Video By Email
Video Marketing Made Easy

1

Share

Sneaky Video Marketing Secre

Video Marketing Devastation

**Quote of the Day**
There is a scarcity of friendship
friends.
Thomas Fuller
*more* *Quotes*

Full Video Converter: Convert
media files simply and effectiv

One like. Sign Up to see what your friends
like.

1
tweet

retweet

The webpage cannot be found

HTTP

Most likely causes:



## Compare

| | iWowWe | Cisco WebEx | GoToMeeting | Megameeting | Tale Fusion | MyVideoTalk | Constant Contact |
|---|---|---|---|---|---|---|---|
| Price | $19.95/mo | $49.00/mo | $49.00/mo | $29.00/mo | $35.00/mo | 49.90/mo | $75.00/mo |
| Unlimited Free Video Email | ✓ | | | | | ✓ | |
| Build Your Own Template | ✓ | | | | ✓ | | |
| Schedule Video Emails and Meetings | ✓ | | | ✓ | | | |
| Video Conferencing 50 Participants | ✓ | | | ✓ | | | |
| Access on Smartphones | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| HD Quality Video | ✓ | | | | ✓ | | |
| Social Media Integration | ✓ | | | | ✓ | | |
| Certified Deliverability | ✓ | | | | ✓ | | |
| Customer Support | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Advanced Reports | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Browser Based | ✓ | ✓ | | | ✓ | | |
| Secure Meetings | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Share Docs & Whiteboards | ✓ | ✓ | ✓ | | | ✓ | |
| Use Outlook/Gmail/Yahoo Calendar to Place Meeting for Video Conferencing | ✓ | ✓ | ✓ | | | | |
| Screen Sharing | ✓ | ✓ | ✓ | | ✓ | | |
| Unlimited Contacts | ✓ | ✓ | | | | | |

### Why choose WowWe over the competition?

WowWe is by far the most comprehensive communication tool in the marketplace, combining video conferencing and video email with the most intuitive interface.

In other words, we beat the competition at their own game. There is no software to download, which means you can have a video conference with anyone, anytime, and an guest is not required to be a member of WowWe to attend the meetings. You can put more people on a video conference at once with WowWe than Skype and you would have to download software before you can use skype. It is easier and faster to create and start a meeting, to add new participants, to share documents and to perform a host of other functions.

Nobody can beat WowWe's video email because of its simplicity and quality custom features. We provide you with the largest video player of any video email system offered today. We have made it easy and fast to add large numbers of contacts and recipients . WowWe offers hundreds of templates and we have professional designers available to help you design your own custom templates.

The final and most imprtant part of WowWe is our pricing is uinbeatable. EyeJot starts at $29.99 a month, the same as GoToMeeting. Meanwhile, WebEx will cost you nearly $50 a month, and that's just to get started. Using these other can get very expensive.

WowWe gives you unlimited video email usage for FREE - You can have 50 attendees in a video conference for just $19.95 a month. And, that comes with unlimited viewing of video emails and so much more.



iWowWe.com



MaxBlogPress Ninja Affiliate



The $365K Blog Traffic Form







ⓘ The webpage cannot be found

Most likely causes:

sure your data is safe and that we will be up and running when you need our services.

WowWe is a certified Email Service Provider and we also maintain our own super-secure, super-fast data center. You can be



Video Marketing Made Easy

Compare Our Products – Video Meeting And Conferencing | Video By Email | Video Co...     Page 4 of 4

[Claim your free video email system today!](#)

[Give away this amazing video email system and get paid – start today!](#)



One like. Sign Up to see what your friends like.

Leave a Reply

You must be logged in to post a comment.

Powered by Max Banner Ads

- Free Video Email

Norman McCulloch

Google+

Get Free Gas Cards

Shop For Free

Designed by Website Managers, LLC.

**EXHIBIT 10**

Compare our Juices with the Competition | Acai Berry | Goji Berry | Mangosteen Juice        Page 1 of 5

Sign In | My Account | Shopping Cart (0 items)

Search...



Home > Compare our Juices with the Competition | Acai Ber



SHOPPING CART

Your cart is empty.

PRODUCTS

Dr. Tim's Exotic Juices

ISO5 Sports Drink

Bath & Body / Apparel



DR. TIM'S JUICE VIDEOS

Dr. Tim's Commitment to Quality
Super Juices

Interested in becoming a
Wholesaler or a Distributor?
Read More

Dr. Tim's Acai Smoothie and Acai
Bowl Recipes

NEWSLETTER

Sign up for our Email Newsletter

Privacy by [ ] SafeSubscribe℠
For Email Marketing you can trust

View Our Previous E-Newsletters:

October 7, 2011

September 7, 2011

July 19, 2011

June 3, 2011

April 18, 2011

March 15, 2011

February 19, 2011

February 4, 2010

December 10, 2010

October 18, 2010

August 23, 2010

December 8, 2009

January 8, 2010

November 25, 2010

FOLLOW US!



## AÇAI
### PRODUCT COMPARISON

| Brand | MONAVIE | AGROLABS | DR. TIM'S EXOTIC JUICES |
|---|---|---|---|
| Product | Acai Juice | Acai Juice | Acai Juice |
| Company Model | Multi-Level | Retail | Retail |
| Manufacturer | monavie.com | agrolabs.com | brazilbotanicals.com |
| Enrollment Fee? | yes | yes | no |
| Est% of Pure Açai | 20% | 20% | 85% |
| Product Size in oz | 25oz | 32oz | 32oz |
| Type of Açai | Reconstituted with water, Açai Puree | Reconstituted with water, Açai Puree | Pure Açai Juice No added water |
| Est. oz of Pure Açai | 5.0 oz | 6.4 oz | 25.6 oz |
| Retail Price | $42.00 | $17.00 | $18.95 |
| Price per oz of Pure Açai | $8.40 | $2.66 | $0.74 |
| Other Ingredients | Açai, Apricot, Acerola, Acerola, Purple Grape, Passion Fruit, Camu Camu, Banana, Lychee Fruit, Apple, Kiwi, Pomegranate, Prune, Wolfberry, Pear, Bilberry, Cranberry, Blueberry, White Grape | Concord Grape Juice, Banana Puree, Pear Juice, Taurine, Guarana, Caffeine, Sodium benzoate Potassium sorbate | Clarified Pineapple Juice Black Cherry Juice Nothing artificial added No added sugar No preservatives |
| Estimated Shipping | $10-15 | $10 | $10 |
| Shelf Life | 2 Years | 2 Years | 2 Years |



More Info



## NONI
### PRODUCT COMPARISON

| Brand | TAHITIAN | AGROLABS | DR. TIM'S EXOTIC JUICES |
|---|---|---|---|
| Product | Noni Juice | Noni Juice | Noni Juice |
| Company Model | Multi-Level | Retail | Retail |
| Manufacturer | tni.com | agrolabs.com | brazilbotanicals.com |
| Enrollment Fee? | yes | yes | no |
| Est% of Pure Noni | 22% | 20% | 85% |
| Product Size in oz | 32oz | 32oz | 32oz |
| Type of Noni | Reconstituted with water, Noni Puree | Reconstituted with water, Noni Puree | Pure Noni Juice No added water |
| Est. oz of Pure Noni | 7.0 oz | 6.4 oz | 25.6 oz |
| Retail Price | $42.00 | $17.89 | $18.95 |
| Price per oz of Pure Noni | $5.97 | $2.80 | $0.74 |
| Other Ingredients | Grape Juice, Blueberry Juice | Concord Grape Juice, Banana Puree, Pear Juice, Taurine, Guarana, Caffeine, Sodium benzoate Potassium sorbate | Pineapple Juice, Orange Juice, Black Cherry Juice Nothing artificial added No added sugar No preservatives |
| Estimated Shipping | $10-15 | $10 | $10 |
| Shelf Life | 2 Years | 2 Years | 2 Years |



More Info

12/19/2011

**EXHIBIT 11**



**Share** |

0



## MANGOSTEEN
### PRODUCT COMPARISON

| Brand | XANGO | AGROLABS | DR. TIM'S EXOTIC JUICES |
|---|---|---|---|
| Product | Mangosteen | Mangosteen | Mangosteen |
| Company Model | Multi-Level | Retail | Retail |
| Manufacturer | xango.com | agrolabs.com | brazilbotanicals.com |
| Enrollment Fee? | yes | yes | no |
| Est% of Pure Mangosteen | 22% | 20% | 85% |
| Product Size in oz | 25oz | 32oz | 32oz |
| Type of Mangosteen | Reconstituted with water from Puree | Reconstituted with water from Puree | Pure Mangosteen Juice No added water |
| Est. oz of Pure Mangosteen | 5.0 oz | 6.4 oz | 25.6 oz |
| Retail Price | $42.00 | $17.89 | $18.95 |
| Price per oz of Pure Mangosteen | $8.40 | $2.80 | $0.74 |
| Other Ingredients | Proprietary Blend Apple, Pear, Grape, Blueberry, Raspberry, Strawberry, Cranberry and Cherry, Citric acid, natural flavor, pectin, xanthan gum, sodium benzoate | Proprietary Formulation | Apple Juice, Black Cherry Juice Nothing artificial added No added sugar No preservatives |
| Estimated Shipping | $10-15 | $10 | $10 |
| Shelf Life | 2 Years | 2 Years | 2 Years |



More Info



## GOJI
### PRODUCT COMPARISON

| Brand | FREE LIFE | LIFE TIME | DR. TIM'S EXOTIC JUICES |
|---|---|---|---|
| Product | Goji Juice | Goji Juice | Goji Juice |
| Company Model | Multi-Level | Retail | Retail |
| Manufacturer | freelifes.com | lifetimevitamins.com | brazilbotanicals.com |
| Enrollment Fee? | yes | no | no |
| Est% of Pure Goji | 20% | 22% | 80% |
| Product Size in oz | 25oz | 32oz | 32oz |
| Type of Goji | Reconstituted with water from Puree | Reconstituted with water from Puree | Pure Goji Juice No added water |
| Est. oz of Pure Goji | 5.0 oz | 9.9 oz | 25.6 oz |
| Retail Price | $50.00 | $24.95 | $18.95 |
| Price per oz of Pure Goji | $10.00 | $2.53 | $0.74 |
| Other Ingredients | Proprietary Formulation | Filtered water, black cherry, pear, blueberry, apple, natural flavors, citric acid and potassium sorbate. | Pineapple Juice, Orange Juice Nothing artificial added No added sugar No preservatives |
| Estimated Shipping | $10-15 | $10 | $10 |
| Shelf Life | 2 Years | 2 Years | 2 Years |



More Info

### What Is The Most Effective Way Of Taking Nutritional Supplements?

Liquids such as pure natural fruit juice do not have binders that pills use to hold molecules together or agents which help break them up. Dr. Tim's Exotic Juices do not contain artificial colors, flavors, sweeteners, coating materials which are normally used in pills which may also be harmful to you health.

Case: 2:11-cv-00427-MHW-EPD Doc #: 88-4 Filed: 06/08/12 Page: 104 of 110 PAGEID #: 3029



Most of the time nutritional supplement pills or capsules are inconvenient to swallow or use without having a glass of water. Natural super juices can be taken easily and quickly.

Taking vitamin pills can also be wasteful. The Physician's Desk Reference, one of the premier reference books for doctors, mentions that while only 10 to 20% of the contents of a vitamin pill can be absorbed by the body, nearly 98% of the nutrients contained in liquid vitamins are available to the body. This means you could be wasting 90% of the cost of vitamin pills.

With exotic super juices, most of the nutrients are absorbed into they body and not wasted. With Dr. Tim, you can spend less that $15 for a month's supply of super juices. Buying the same of vitamins in pill form, would cost you over $300.

Dr. Tim's super juices allows you to have the right amount of vitamins, minerals, antioxidants and amino acids in a balanced ratio which can allow for maximum absorption and minimum wastage.

Acai, an exotic plant also sold in pill form, is a great berry but some unscrupulous "Acai Berry Diet Pill" companies are conning you with is nothing more than placebo powder! Authentic Brazilian acai berries are rich in anti-oxidants and are very healthy for you in their natural state or as a juice, but the pills that are being offered are based out of multidextrin which is nothing more than dried corn starch powder!

Their "diet pills" may also contain: Croscamellose Sodium, Magnesium Stearate, Silicon Dioxide, Calcium Silicate, Stearic Acid and Dicalcium Phosphate. Where's the Acai?



### Are you tired of paying more and getting less for your hard-earned money for Acai, Goji, Mangosteen and Noni juices?

Wouldn't it be nice to spend less money and get more product AND getting a higher quality juice?

**Purity of our products**
Dr. Tim does NOT add the following ingredients that most of the exotic juice industry uses as fillers: Water, Citric Acid, Xanthan Gum, Potassium Benzoate, Potassium Sorbate, Yeast, Wheat, Milk or Milk Derivatives, Lactose, Soy, Artificial Colors, Artificial Flavors.

**Quality and potency you can trust**
In fact, Dr. Tim uses a proprietary processing method that both preserves and concentrates the active enzymes of the exotic fruits. All of the juices are certified USDA organic and Kosher certified, and have been processed in a USDA inspected facility.

**A doctor you can trust**
Dr. Tim has personally inspected all the plantations in Brazil, Polynesia, Thailand and China where his exotic juice plants are grown and has a personal relationship with each of the growers. Dr. Tim is also a surgeon, formulator, bulk supplier, author, lecturer and research scientist. He isn't just a marketer or an uninformed reseller hiding behind a product.

In summary, Dr. Tim offers the lowest prices, superior quality and taste, authentic sourcing.



**Dr. Tim offers the Highest-Value, Lowest-Price products, not the other way around like our competitors offer**

| Price and Quality Comparisons of Dr. Tim's Exotic Juices with the Competition: | | | | | |
|---|---|---|---|---|---|
| Brand: | **Tahitian Noni** | **Xango** | **Freelife** | **Mona Vie** | **Dr. Tim's Juices** |
| Juice: | Noni | Mangosteen | Goji | Acai | Acai, Goji, Noni or Mangosteen |
| Multi-Level Marketing Program? | Yes | Yes | Yes | Yes | No |
| Annual Membership Fee? | Yes | Yes | Yes | Yes | No |
| Unbreakable bottle? | No | No | Yes | No | Yes |
| USDA Organic and Kosher certified? | No | No | No | No | Yes |
| Reconstituted Juices used? | Yes | Yes | Yes | Yes | No |
| Shelf life of unopened bottle? | 2 years | 2 years | 2 years | 2 years | 2 years |
| Bottle Size in Fluid Oz | 33 | 25 | 33 | 25 | 32 |
| Individual Bottle Retail Price | **$42.00** | **$37.50** | **$50.00** | **$39.00** | **$18.95** |
| % Target Juice Content | **<15%** | **<15%** | **<15%** | **<15%** | **>85%** |
| Cost for Competitor's 25 bottles | **$1,050.00** | **$937.50** | **$1,250.00** | **$975.00** | Free Shipping |
| Cost for Dr. Tim's 5 bottles ** | **$94.50** | **$94.50** | **$94.50** | **$94.50** | (5, 10 or 15 bottles) |
| % Savings with Dr. Tim's Juices | **91%** | **90%** | **92%** | **90%** | |
| | In other words, you are getting about **15 times** the value with Dr. Tim's Juices compared with the competition. | | | | |





Comparison of Estimated Oz of Pure Juice in Bottles

In other words, you are getting about **15 times** the value with Dr. Tim's Juices compared with the competition.

In a typical Multi-Level Company, only the top 2% of distributors make money, the other 98% of distributors pay exorbitant prices, annual fees, shipping costs (sometimes up to $20 per bottle), and they are required to have their credit card billed every month to receive a "discount".

Which presidents of the above listed exotic juice companies will personally disclose all the information about the exact processing and ingredients used in their products? Dr. Tim will personally answer any of your questions toll-free at: **1-877-362-8467** during normal business hours.

If you get a hold of any of the other presidents on the phone, please ask them why they charge **15 times** the cost what Dr. Tim offers for their products.

While you are on the phone, please ask them why they use reconstituted juices from dried pulp or powder (reconstituted means water has been added to the juice), and add other adulterating fillers such as: citric acid, xanthan gum, potassium benzoate, potassium sorbate, artificial colors, artificial flavors, etc. We already know the answer, it is because MLM companies have to pay more than 50% of the product cost to their distributors as commission payments and have to cut costs by reconstituted dried pulp and powder with water after it arrives in the US for processing.

Sources:

http://en.wikipedia.org/wiki/Freelife

http://en.wikipedia.org/wiki/Mona_Vie

http://en.wikipedia.org/wiki/Tahitian_Noni

http://en.wikipedia.org/wiki/XanGo

http://en.wikipedia.org/wiki/Multi-level_marketing

http://www.forbes.com/business/forbes/2004/0524/178.html

http://www.forbes.com/business/forbes/2008/0225/068.html

Brazil Botanicals is the leading source for Acai, Goji, Noni and Mangosteen juices and other healthy products.
Each refreshing juice is formulated to contribute to your overall health. Try some today!

Home | About Us | Contact Us | ACAI Advantage | Testimonials | FAQs | Sign In | My Account | Shopping Cart | Privacy | Shipping Policy | Return Policy | Blog | Sitemap
Mission | Videos | Wholesale & Bulk | Survey | Formulations | Resources | Dr. Tim in Brazil | Dr. Tim Can Read Your Mind | Avoid Scams | Press Releases | Dr. Tim's Value
Why Acai? | History of Acai | What is Acai | Acai Harvest | Acai Oil | Acai Health | Acai Taste | Acai Scams | Acai Benefits
Why Mangosteen? | Mangosteen Xanthones | Mangosteen History | Mangosteen Fruit | Mangosteen Pericarp | Why Drink Mangosteen Juice?

http://brazilbotanicals.com/compare.aspx                                                          12/19/2011

Case: 2:11-cv-00427-MHW-EPD Doc #: 88-4 Filed: 06/08/12 Page: 106 of 110  PAGEID #: 3031

Why Tibetan Goji? | History of Goji | Legend of Goji | What is Goji | Goji Benefits | Goji Zeaxanthin | Goji Health

Cryoflux Processing | Acai Berry | The Legend of Acai | Mona Vie vs. Acai Juice | Dr. Tim's Adventure with Acai Berry Juice | Subscribe to our eNewsletter

Acai Myths | Research | Brazilian Acai Juice | Amazon Camu Camu Juice | Tibetian Goji Juice | Thai Mangosteen Juice | Chilean Maqui Juice | Polynesian Noni Juice

Sonoran Red Nopal Juice | Young Coconut Water | Jungle Juice

   

**OUR NEW FREE SHIPPING OFFER:**

Buy any combination of DR. TIM'S ACAI, GOJI, MANGOSTEEN, NONI, MAQUI or CAMU CAMU JUICES that total over $95 and get FREE SHIPPING!

Get FREE SHIPPING when you purchase 3 bottles or more of SONORAN RED NOPAL JUICE!

NOTE: Sorry, we can't mix and match our FREE SHIPPING for ACAI, GOJI, MANGOSTEEN, NONI, MAQUI OR CAMU CAMU JUICES with the RED NOPAL JUICE because of their different prices.

Excludes Alaska, Hawaii and countries outside the US. Call us for your best shipping options.

Copyright © 2011 Brazil Botanicals | Acai Juice | Goji | Mangosteen | Noni | Young Coconut Water - All Rights Reserved.

# tudorfulea.ro

Blog

## Comparative Advertising... with a Twist (Mini vs. Porsche)

Posted July 23, 2010

Filed under: Campaigns, Strategy |

What if you compare yourself with another product and you loose? What if this is the strategy?

Well, it all depends on what you compare to:



And they did loose:

Search

### Advertising

AdFreak
AdGoodness
AdLand
AdRants
AdScam
Adverganza
American Copywriter
Appetite for Discussion
Brand New Day by Business Week
Brandflakes
Branding Strategy Insider
Brentter
Digital Buzz
Gods of Adverising
Guerilla Comm
Guerilla Marketing blog
Homadge
Kiss My Black Ads
Make the Logo Bigger
Makin' Ads
Marketing Profs
Osocio
The Denver Gotist
The Dog & Pony Show

### Brand Identity/Design/Shopper etc.

Brand New
Dieline - Packaging Design
The Consumerist

### Digital

Adverblog
Adverlicious
B2C
Bannerblog
Contagious
Digital Buzz
Mashable
Shake Well Before Use

Follow



A closer look reveals the desired claim - is it worth to pay 30,000$/extra second? And the whole campaign IS on equity...



Interestingly, in the meantime, Porsche is doing this:

Whatsnext

## Just Ads

Ads of the World
Billboardom (OOH)
ibelieveinadv

## News/Industry/Reference

AdBrands
AdForum
AdWeek News
AgencySpy
Brandeo
BrandRepublic
BrandWeek
CampaignBrief (Australia & NZ News)
I Want Media
MediaWeek

## Others (non-marketing)

Blog Kindle
Cheap Talk
Gapminder
Infographics
Kindle World
Think Markets

## Ro

Boti
Cristi Manafu
cudoi
Digital Report
Dune de nisip
IQAds Blog
Lebede
Lejereanu
Planul Be
Razvan & Emilian
Stefan Stroe

## Archives

September 2011
August 2011
July 2011
March 2011
February 2011
January 2011
October 2010
September 2010
August 2010
July 2010

Follow



June 2010
May 2010
April 2010
March 2010
February 2010
January 2010
November 2009
October 2009
September 2009
August 2009
July 2009
June 2009
May 2009
April 2009
March 2009
January 2009
December 2008
November 2008
October 2008
September 2008
August 2008
July 2008
June 2008
May 2008

... I've read about the strategy and visited the url in the billboard. This is probably part of a sensible plan of stressing the practicality of Porsches (relative to their category, of course), their cars being fit both for track and for going to work, being both performant and economical. Although I do understand this and I bet there's a consumer insight behind (consumers wanting one car only, good for everything), I find the billboard would hardly express all these...

Interestingly, both Mini & Porsche are talking about value...

Clone this site at WordPress.com |
Theme: Light by WPzone.net.

ADVERTISEMENT



**Share this:**   Facebook   Twitter   0

**Like this:**   Like   Be the first to like this post.

« Update e-readere: Amazon DX, studiu de eficienta a citirii intre readere si iPad

Innovative OOH »

Follow

No comments yet

## Leave a Reply

Enter your comment here...

Fill in your details below or click an icon to log in:

Email **(required)**                                    (Not published)

Name **(required)**

Website

☐ Notify me of follow-up comments via email.                    Post Comment